IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARWIN LESHER**, | : | CIVIL ACTION NO. 1:09-CV-0444 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **LAW OFFICES OF MITCHELL N. KAY, P.C.** and **MITCHELL N. KAY**, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 13th day of March, 2009, upon consideration of the notice of removal (Doc. 1) of the above-captioned matter from the Court of Common Pleas of Cumberland County, and of the facsimile received from plaintiff's counsel on March 12, 2009, and it appearing that plaintiff filed a praecipe to discontinue in the Court of Common Pleas at 11:37 a.m. on March 10, 2009,[1] and that defendant filed the notice of removal at 11:15 p.m. on the same date,[2] and the court concluding that plaintiff therefore dismissed the above-captioned matter prior to defendant's attempt to remove it, and that no controversy existed at the time defendant filed the notice of removal, it is hereby ORDERED that:

1. The above-captioned matter is DISMISSED without prejudice for lack of subject matter jurisdiction.

---

[1] The praecipe is attached to the facsimile transmitted by plaintiff's counsel.

[2] The time stamp for the filing of the notice of removal appears in the court's initial electronic intake docket. (Doc. 258 in No. 3:02-AT-6000.)

2. The Clerk of Court is instructed to docket the facsimile received from plaintiff's counsel on March 12, 2009.

3. The Clerk of Court is instructed to CLOSE this case.

 S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge
